MENDIOLA_J.stpgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| JOHN PETER REYES MENDIOLA, | ) | |
| Defendant, | ) | |
| FENCE MASTERS, | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, JOHN PETER REYES MENDIOLA, P.O. Box XXXXX, Barrigada, Guam 96921, Social Security Number XXX-XX-1630, has requested that wages paid to the judgment defendant, in the amount of $200.00 per pay period, beginning February 1, 2007, be made payable to the Clerk, U.S. District for the Northern Mariana Islands for payment toward his restitution that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOHN PETER REYES MENDIOLA, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $200.00 per pay period, beginning February 1, 2007, until his restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 1/12/07

_____
JOHN PETER REYES MENDIOLA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 1/18/07            By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist