1   **MENDIOLA_J.stpwrit**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
6   FAX:  (671) 472-7215

7   Attorneys for United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN MARIANA ISLANDS

11

12   UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 04-00002
                                        )
13               Plaintiff,             )
                                        )
14          vs.                         )    **WRIT OF CONTINUING**
                                        )    **GARNISHMENT**
15   JOHN PETER REYES MENDIOLA,         )
                                        )
16               Defendant,             )
     _____        )
17                                      )
     FENCE MASTERS,                     )
18                                      )
                 Garnishee.             )
19   _____        )

20

21          Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing

22   Garnishment on Defendant, JOHN PETER REYES MENDIOLA's wages in the amount of

23   $200.00 per pay period, beginning February 1, 2007;

24   //

25   //

26   //

27   //

F I L E D
Clerk
District Court

JAN 1 8 2007

For The Northern Mariana Islands
By_____
              (Deputy Clerk)

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $200.00 per pay period, beginning February 1, 2007, of JOHN PETER REYES MENDIOLA, Social Security Number XXX-XX-1630, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

U.S. District Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

with a reference to court number **CR 04-00002** to ensure his account is properly credited.

DATED this __18th__ day of __January__, 2007.

_____
ALEX R. MUNSON
Chief Judge
District Court for the
Northern Mariana Islands