**MENDIOLA_J.stpsvc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:   (671) 472-7332
FAX:   (671) 472-7215

Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　） | CRIMINAL CASE NO. 04-00002 |
| 　　　　　　Plaintiff,　　　） | |
| vs.　　　） | **CERTIFICATE OF SERVICE** |
| JOHN PETER REYES MENDIOLA,　　　） | |
| 　　　　　　Defendant,　　　） | |
| FENCE MASTERS,　　　） | |
| 　　　　　　Garnishee.　　　） | |

     I hereby certify that on **January 18, 2007**, I electronically filed the following: **Stipulated Motion for Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system.  A copy of the following documents: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on **January 19, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:   1/23/2007　　　　　　By:　　/s/ Marivic P. David　　　　
　　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　marivic.david@usdoj.gov