PROB 12A
(7/93)

F I L E D
Clerk
District Court

*United States District Court*

for

APR 27 2007

*District of Northern Mariana Islands*

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# Report on Offender Under Supervision

Name of Offender:    **John Peter Reyes Mendiola**          Case Number:  **CR 04-00002-003**

Name of Sentencing Judicial Officer:   Honorable Alex R. Munson

Date of Original Sentence:          July 9, 2007

Original Offense:     Conspiracy to Commit Arson, in violation of 18 U.S.C. § 844(n).


Original Sentence:    37 months imprisonment followed by three years supervised release with conditions that the defendant: not possess a firearm, destructive device, or any other dangerous weapon; not commit another federal, state, or local offense; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to two more urinalysis thereafter; comply with the standard conditions of supervised release; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse, and pay all or part of the costs of the program on the ability to pay as determined by the U.S. Probation Office; and perform 200 hours of community service; pay $100 special assessment fee and pay $567,396.54 restitution partly and severally with Marvin Leon Guerrero and Andrew Quimbao.

Type of Supervision:   Supervised Release        Date Supervision Commenced:  December 29, 2006

---

## NONCOMPLIANCE SUMMARY

Violation Number          Nature of Noncompliance

Tested positive for marijuana on April 5, 2007, in violation of 18 U.S.C. § 3583(d).

On April 5, 2007, John Mendiola submitted to urinalysis which tested presumptive positive for marijuana. He admitted to smoking the drug on April 4, 2007, stating that he has been "stressed out" because he is not making enough money to pay his restitution, and is having a difficult time finding a second job. Mr. Mendiola was returned to the start of the year-long substance abuse testing and treatment program. This is his first noted incident of noncompliant behavior since his term of supervised release commenced on December 29, 2006.

Mr. Mendiola is gainfully employed and is making restitution payments in the amount of $400 per month. He is performing community service and paid his special assessment fee in full. No further action is being recommended at this time.

Reviewed by:                                                    Respectfully submitted,

                                                                by: _____
ROSSANNA VILLAGOMEZ-AGUON                        CARMEN D. O'MALLAN

U.S. Probation Officer                                       U.S. Probation Officer Specialist
Supervision Unit Leader

Date: _____                                   Date: 4/25/07

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action.

☐ Other

_____
HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

4-27-07
_____
Date