1 **MENDIOLA_J.ter**

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam   96910-5059
TEL:  (671) 472-7332
7 FAX:  (671) 472-7215

8 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| JOHN PETER REYES MENDIOLA, | ) | |
| Defendant, | ) | |
| FENCE MASTERS, | ) | |
| Garnishee. | ) | |

On or about January 18, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee.  On December 31, 2007, our office confirmed

//
//
//
//
//
//

1 with the garnishee that defendant is no longer employed with them.  Plaintiff respectfully
2 requests that the Court terminate the Writ of Continuing Garnishment against Defendant
3 JOHN PETER REYES MENDIOLA.
4       DATED this 14th of January, 2008.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and the NMI

      By:    /s/ Mikel W. Schwab
                    JESSICA F. CRUZ
                    Assistant U.S. Attorney
                    Jessica.F.Cruz@usdoj.gov
                    MIKEL W. SCHWAB
                    Assistant U.S. Attorney
                    mikel.schwab@usdoj.gov