MENDIOLA_J.terord

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
Clerk
District Court

JAN 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Re: United States Motion to Terminate |
| JOHN PETER REYES MENDIOLA, | ) | Writ of Continuing Garnishment |
| | ) | |
| Defendant, | ) | |
| | ) | |
| FENCE MASTERS, | ) | |
| | ) | |
| Garnishee. | ) | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

SO ORDERED, this __15TH__ day of __JANUARY__, 2008.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands