**MENDIOLA_J.facg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CRIMINAL CASE NO. 04-00002 |
| Plaintiff,        ) | |
| vs.        ) | **FINAL ACCOUNTING UPON** |
|         ) | **TERMINATION OF GARNISHMENT** |
| JOHN PETER REYES MENDIOLA,        ) | |
| Defendant,        ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   Fence Masters
      Attn.: Payroll
      P.O. Box 21118
      Barrigada, Guam 96921

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about January 18, 2007, $2,380.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Northern Mariana Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

DATED this 14th day of January, 2008.

                                 LEONARDO M. RAPADAS  
                                 United States Attorney  
                                 Districts of Guam and NMI

By:     /s/Mikel W. Schwab  
        JESSICA F. CRUZ  
        Assistant U.S. Attorney  
        Jessica.F.Cruz@usdoj.gov  
        MIKEL W. SCHWAB  
        Assistant U.S. Attorney  
        mikel.schwab@usdoj.gov