

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU
Report Date: 12/30/2007

**PAYMENTS**

CDCS NBR 2004A73328/001   Name Mendiola, John Peter Reyes   Collect Type 6B   Court CR-04-00002   Priority Code 04   Scheduled Payment Amount   ,1452073   Current Liability $602,359.19

For Report Parameters: 2004A73328 ,001 ,1452073

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | PMNT | 07/25/2005 | CL | A | 7443-fm GuCourt | | 00039063 | | 07/26/2005 | $25.00 |
| 0041 | PMNT | 12/22/2005 | CL | A | 7750-John Mendiola | | 53490 | | 12/28/2005 | $50.00 |
| 0042 | PMNT | 06/20/2005 | CL | A | 7760 dtd 12/28/05 | | 00040211 | | 12/28/2005 | $25.00 |
| 0064 | PMNT | 06/13/2006 | CB | A | MENDIOLA, JOHN PETER | | | 111 06-091 | 07/06/2006 | $25.00 |
| 0071 | PMNT | 08/11/2006 | CB | A | MENDIOLA, JOHN PETER | | | 111 06-111 | 09/13/2006 | $25.00 |
| 0074 | PMNT | 08/11/2006 | CB | A | MENDIOLA, JOHN PETER | | | 111 06-111 | 09/13/2006 | $75.00 |
| 0080 | PMNT | 09/13/2006 | CB | A | MENDIOLA, JOHN PETER | | | 111 06-121 | 10/09/2006 | $100.00 |
| 0089 | PMNT | 03/05/2007 | GC | H | 08547 | | 3719 & 3767 | | 03/05/2007 | $400.00 |
| 0092 | PMNT | 03/20/2007 | GC | H | 08565 | | 3805 | | 03/26/2007 | $200.00 |
| 0099 | PMNT | 04/02/2007 | CL | A | 08590 | | 93227914754 | | 04/03/2007 | $60.00 |
| 0102 | PMNT | 04/17/2007 | CL | A | 08618 | | 93227919028 | | 04/17/2007 | $60.00 |
| 0108 | PMNT | 04/30/2007 | GC | H | 08634 | | 1054 | | 05/01/2007 | $200.00 |
| 0111 | PMNT | 05/29/2007 | GC | H | 08677 | | 1083 | | 05/30/2007 | $200.00 |
| 0117 | PMNT | 06/08/2007 | GC | H | 08696 | | 1098 | | 06/11/2007 | $180.00 |
| 0120 | PMNT | 06/25/2007 | GC | H | 08726 | | 1099 | | 06/25/2007 | $200.00 |
| 0127 | PMNT | 07/20/2007 | CL | A | 08774 | | 92520534003 | | 07/23/2007 | $60.00 |
| 0130 | PMNT | 07/30/2007 | GC | H | 08783 | | 3970 | | 07/30/2007 | $200.00 |
| 0139 | PMNT | 08/16/2007 | GC | H | 08818 | | 1116 | | 08/17/2007 | $400.00 |
| 0142 | PMNT | 09/27/2007 | GC | H | 08887 | | 1245 | | 09/27/2007 | $400.00 |
| 000151 | PMNT | 10/19/2007 | CL | A | 08941 | | 92847952091 | | 10/22/2007 | $200.00 |
| 000164 | PMNT | 11/26/2007 | CL | A | 09004 | | 92520537873 | | 11/26/2007 | $100.00 |
| 000174 | PMNT | 12/26/2007 | CL | A | 09055 | | 92521191420 | | 12/27/2007 | $200.00 |
| Total | | | | | | | | | | $3,385.00 |

Page 1 of 2