**MENDIOLA_J.terSvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00002 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| JOHN PETER REYES MENDIOLA, | ) | |
| Defendant, | ) | |
| FENCE MASTERS, | ) | |
| Garnishee. | ) | |

I hereby certify that on January 15, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on January 16, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF

//
//
//
//
//

system. A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on **January 17, 2008**.

LEONARDO M. RAPADAS<br>
United States Attorney<br>
Districts of Guam and the NMI

DATED:  1/17/08                    By:     /s/ Mikel W. Schwab
                                           MIKEL W. SCHWAB
                                           Assistant U.S. Attorney
                                           mikel.schwab@usdoj.gov
                                           JESSICA F. CRUZ
                                           Assistant U.S. Attorney
                                           Jessica.F.Cruz@usdoj.gov